```
STEVEN G. KALAR
Federal Public Defender
Robert M. Carlin
Assistant Federal Public Defender
160 West Santa Clara Street
Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CENTURION-CRUZ
```

FILED

OCT 24 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-12-mj-70951-HRL |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) PRELIMINARY HEARING; |
| vs. | ) [PROPOSED] ORDER |
| JOSE ALBERTO CENTURION-CRUZ, | ) |
| Defendant. | ) |

### [PROPOSED] ORDER

1. Mr. Centurion has been charged in a criminal complaint with possession of child pornography, in violation of 18 U.S.C. § 2252 (A)(4)(b).

2. A preliminary hearing before this Honorable Court has been scheduled for October 25, 2012, at 1:30 p.m.

3. Mr. Centurion's case was recently reassigned and new counsel needs time to review the discovery materials and to meet and to discuss the case with Mr. Centurion.

4. There is good cause for the requested continuance, and the "ends of justice" served by taking such action "outweigh the best interest of the public and the defendant in a speedy trial."

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
CASE NO. CR 12-mj-70951-HRL                    3

1  18 U.S.C. § 3161 (h)(7)(A).  Accordingly, the time from October 25 to November 26, 2012, is
2  excluded pursuant to section § 3161 (h)(7)(A).
3       5. The preliminary hearing in this matter shall be continued from October 25 to
4  November 26, 2012.
5       IT IS SO ORDERED.
6
7  DATED: __10/24/12__
8                                                    _____
                                                     HONORABLE HOWARD R. LLOYD
                                                     United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
CASE NO. CR 12-mj-70951-HRL                    4