1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ANN MARIE E. URSINI (CABN 269131)
   Special Assistant United States Attorney
5     150 South Almaden Boulevard, Suite 900
      San Jose, California 95113
6     Telephone: (408) 535-5037
      Facsimile: (408) 535-5066
7     annmarie.ursini@usdoj.gov

8  Attorneys for the United States

9
                      UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,          )    No.    CR 12-mj-70951 HRL
14                                     )
            Plaintiff,                 )    STIPULATION AND [PROPOSED]
15                                     )    ORDER EXTENDING TIME FOR
         v.                            )    PRELIMINARY HEARING AND
16                                     )    EXCLUDING TIME FROM SPEEDY
   JOSE ALBERTO CENTURION-CRUZ,        )    TRIAL ACT CALCULATION
17                                     )
            Defendant.                 )
18                                     )
                                       )
19   _____)

        The Parties, Jose Alberto Centurion-Cruz, and the United States, acting through
20
   respective counsel, hereby stipulate as follows:
21
        1.   The defendant is presently charged by criminal complaint for a violation of 18 U.S.C. §
22
   2252(a)(4)(B), Possession of Child Pornography.
23
        2.   Currently, the preliminary hearing is set for November 26, 2012, at 1:30p.m., before
24
   Magistrate Howard R. Lloyd.
25
        3.   The United States has provided discovery materials to defense counsel, who requires
26
   additional time to review those materials, meet with the defendant to discuss them, and
27
   determine how to proceed.
28
        4.   The parties jointly request, subject to the Court's approval, that the hearing currently set

                                          1

1   for November 26, 2012 at 1:30p.m. be vacated, and that the hearing be re-set for January 28,

2   2013 at 1:30p.m.

3       5.   Defendant Jose Alberto Centurion-Cruz consents to an extension of time for the

4   preliminary hearing date under Federal Rule of Criminal Procedure 5.1(c) and (d) and the

5   exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 26, 2012, to

6   January 26, 2013

7

8   STIPULATED:

9

10   DATED: November 21, 2012                    MELINDA HAAG
                                                  United States Attorney
11

12                                               ___/s/_____
                                                 ANN MARIE URSINI
13                                               Special Assistant United States Attorney

14

15                                               ___/s/_____
                                                 ROBERT CARLIN
16                                               Attorney for Defendant

17

18

19

20

21

22

23

24

25

26

27

28

2

**[~~PROPOSED~~] ORDER**

Based upon the stipulation of the parties, the Court finds and holds as follows:

1.      The defendant is presently charged by criminal complaint for a violation of 18 U.S.C. § 2252(a)(4)(B).

2.      With the defendant's consent, the twenty-one day time limit for a preliminary hearing or indictment under F.R.Crim.P. 5.1(C) I extended, and time is excluded from calculation of the thirty-day time limit for information or indictment under 18 U.S.C. § 3161(b). The United States has provided materials to defense counsel and counsel needs additional time to review those materials, meet with the defendant and determine how to proceed.  Accordingly, the extension and exclusion are required for effective preparation fo defense counsel.

3.      There is good cause for the extension under F.R.Crim.P. 5.1, and the exclusion under 18 U.S.C.§ 3161, and that the ends of justice served by granting this continuance outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases.   18 U.S.C. § 3161(h)(8)(A).  The Court further finds that failure to grant the continuance would deny counsel for all parties reasonable time necessary for effective preparation taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(8)(B)(iv).

4. Accordingly, and with the consent of the defendant, the Court sets a date and orders that the period from November 26, 2012 to January 28, 2013 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: November 26, 2012

PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE